**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael F. ANDREWS, Respondent.**

**No. 542 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 27, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 27th day of September, 1999, there having been filed with this

---

5.  40 P.S. § 1301.103.

6.  The Act states at 40 P.S. § 1301.102:

It is the purpose of this act to make available professional liability insurance at a reasonable cost, and to establish a system through which a person who has sustained injury or death as a result of tort or breach of contract by a health care provider can obtain a prompt determination and adjudication of his claim and the determination of fair and reasonable compensation.

Court by Michael F. Andrews his verified Statement of Resignation dated August 16, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Michael F. Andrews be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.